UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 03632
    JOSEPH DEAN MELCHIORI
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7381
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 03/01/07 .

   2. The case was dismissed without confirmation, 08/24/2007.

   3. The Debtor paid a total of $   9650.25 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MORTGAGE LENDERS NETWORK | SECURED | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | 2450.00 |
| CITIFINANCIAL AUTO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO | UNSECURED | NOT FILED | .00 | .00 |
| MORTGAGE LENDERS NETWORK | MORTGAGE ARRE | NOT FILED | .00 | .00 |

   Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 2450.00 | .00 | .00 | .00 | 2450.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2450.00 | .00 | .00 | .00 | 2450.00 |

The Debtor's attorney, PETER FRANCIS GERACI                , was allowed $   3000.00 and was paid $   3000.00  direct and $       .00  through the plan.

The Trustee received $     83.55 .

Refunds to the Debtor totaled $   7116.70 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/16/07                     /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 03632 JOSEPH DEAN MELCHIORI